JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NEBOT, an individual; CRISTINA NEBOT, an individual,<br><br>     Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>     Defendants. | Case No. 8:24-cv-01817-JWH-ADSx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 26] entered on or about December 8, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 12, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE